IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA



| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHARLES A. HEWITT, ) <br> ) <br> Defendant. ) <br> ) | Criminal No. 18-10059 <br><br> VIO: Title 18, United States Code Sections 2422(b), 2251(a) and (e), 2260A, and 3559(e). |

# INDICTMENT

The Grand Jury charges:

## COUNT ONE
(Enticement of a Minor)

Starting on or about March 17, 2018, and continuing to on or about March 18, 2018, in Peoria County, in the Central District of Illinois, the defendant,

**CHARLES A. HEWITT,**

using a means and facility of interstate commerce, did knowingly persuade, induce, entice, and coerce an individual under the age of 18, specifically Minor Victim A, to engage in sexual activity for which any person can be criminally charged under Illinois state law.

Illinois state law prohibits the act of sexual penetration and sexual contact with a victim who is at least 13 years of age, but under 17 years of age, and the accused is at least five years older than the victim. 720 ILCS 5/11-1.60(d).

All in violation of Title 18, United States Code, Section 2422(b).

## COUNT TWO
(Sexual Exploitation of a Minor)

Starting on or about June 18, 2018, and continuing to on or about September 18, 2018, in the Central District of Illinois, the defendant,

**CHARLES A. HEWITT,**

did employ, use, persuade, induce, entice, and coerce a minor, Minor Victim B, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, where such visual depiction was produced using materials that had been shipped and transported in interstate and foreign commerce and where such visual depiction was actually transmitted using a means and facility of interstate commerce.

In violation of Title 18, United States Code, Sections 2251(a) and (e) and 3559(e)(1).

# COUNT THREE
(Sexual Exploitation of a Minor)

Starting on or about June 8, 2018, and continuing to on or about September 17, 2018, in the Central District of Illinois, the defendant,

**CHARLES A. HEWITT,**

did employ, use, persuade, induce, entice, and coerce a minor, Minor Victim C, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, where such visual depiction was produced using materials that had been shipped and transported in interstate and foreign commerce and where such visual depiction was actually transmitted using a means and facility of interstate commerce.

In violation of Title 18, United States Code, Sections 2251(a) and (e) and 3559(e)(1).

## COUNT FOUR
(Penalties for Registered Sex Offenders)

On or about March 17, 2018, through September 18, 2018 in the Central District of Illinois, the defendant,

**CHARLES A. HEWITT,**

being required by Federal and State law to register as a sex offender, did commit a felony offense involving a minor under Title 18, United States Code, Sections 2422 and 2251, to wit: the felony offenses alleged in Counts One, Two, and Three of this Indictment.

All in violation of Title 18, United States Code, Section 2260A.

# FORFEITURE NOTICE

1.  The charges contained in Counts One through Three are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 18, United States Code, Sections 2428 (as to Count One) and 2253 (as to Counts Two and Three).

2.  For his engagement in the violations alleged in Counts One through Three, the defendant,

**CHARLES A. HEWITT,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 2428 and 2253, all interest in:

   a.  Any child pornography or other matter containing such child pornography which were produced, transported, mailed, shipped, received, or possessed as alleged in Counts One through Three of this Indictment;

   b.  Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses alleged in Counts One through Three of this Indictment; and

   c.  Any property, real or personal, used or intended to be used to commit or promote the commission of the offenses alleged in Counts One through Three of this Indictment.

3.  The property referenced in paragraph 2, subparagraphs a, b, and c above includes, but is not limited to, video recorders and accessories, cameras,

computer hardware, such as monitors, central processing units, keyboards,

computer programs, software, computer storage devices, such as disk drive

units, disks, tapes, hard disk drives/units, peripherals, modems and other

telephonic and acoustical equipment, printers, contents of memory data

contained in and through the aforementioned hardware and software, tools,

equipment, manuals and documentation for the assembly and use of the

aforementioned hardware and software, including the specific equipment listed:

- Asus cellular telephone, Model: A006, Serial Number: IMEI: 357040080642387
- SanDisk, model Ultra 64GB, MicroSD, recovered from Asus cellular phone above
- SanDisk, model Ultra 32GB, MicroSD, recovered from Asus cellular phone case above
- Compaq Presario computer desktop, S/N MXF7040NK0
- eMachines EL1360G computer
- Lenovo, ideapad 81A5 laptop, S/N YD03E7SD
- HP Pavilion dv6 computer laptop
- Samsung SM-T350 computer tablet, S/N R52J10RHD1K
- Toshiba Satellite L654D-S4030 laptop computer, S/N 5A023044W
- Toshiba Satellite L855D-S5220 laptop computer, S/N 6C154395Q
- Toshiba DVD writer, S/N 208AB/TOJF
- Alienware laptop computer, model P39G
- Acer Aspire V5-571-6471 laptop computer, S/N NXM1JAA0122370806E6600
- Western Digital 500GB hard disk drive, S/N WCAS82497379
- Hitachi 1TB hard disk drive, S/N HQ220USA
- Toshiba 120 GB hard disk drive, S/N 18D9T530T A26 EC. A
- Samsung sold state drive, S/N S21TNWAG416301D
- Hitachi 500GB hard disk drive, S/N 120910J2360051FTVNMC
- Toshiba 500GB hard disk drive, S/N 93NNCB6HT
- Toshiba 320GB hard disk drive, S/N 30B3S2NUS
- Toshiba 750GB hard disk drive, S/N Z3MPTNUFT
- Western Digital Scorpio Blue hard disk drive, S/N WD3200BEVT-75ZCT2

6

- Western Digital Caviar Green hard disk drive, S/N WMAVU0182379
- Seagate Pipeline HD 2000GB hard disk drive, S/N W1H13SCA
- Seagate 500GB hard disk drive, S/N W3PNYP2N
- LG model LS-VS425 cellular phone, S/N 609CQPY0096088
- Cruzer Glide 3.0 32GB storage device
- SanDisk Ultra USB 3.0 64GB storage device
- TomTom model 4EN42, S/N AY5256A90185

All pursuant to Title 18, United States Code, Sections 2428 and 2253.

A True Bill,
s/ Foreperson

_____
**Foreperson**

s/ Katherine G. Legge

_____
**JOHN E. CHILDRESS**
UNITED STATES ATTORNEY

KGL

7