18-10059

Judge McDade,

This is a copy of a letter written to Bill Loeffel and placed in the mail 1/24/20

I am writing you to ask you to object strongly to the P.S.R. I should have 7 criminal history points at the most! My 97 case (paragraph 60) was discharged off parole July 1 2003 making it <u>over</u> 15 years old. That drops my criminal history to a 7 from 10. Now I also have a 2003 case for theft (paragraph 61) that was convicted in 2003, over 15 years. That would drop me from a 7 to a 4. I know it don't seam like a big issue but it affects my security points to the extent of a medium or a high. Now I know for a fact that you wrote down the objection when we got the 1 P.S.I. Did you forget to object to the history points or did probation mess up? Who ever did I <u>want</u> to speak to Judge McDade about it if you don't. I also want a recomendation for pekin from the Gov. and you. And last, I want to ask Judge McDade to order the tablet and 2 laptops back, that the Gov. agreed to give back months ago!

I don't know if P.S.I. errors are a appeal issue, but I will file a appeal, 2255 if it's not fixed.

That is word for word the letter I sent to MR. Loeffel 1/23/20 but I was not able to get copies at the Jail. But while I am writing you, I would like to ask for a Strong Recomendation for Pekin for the following reasons.

① My aunt is in her 70s with a heart condition, angina, and will not live until my relese date. She raised me parts of my life when my mom wouldn't. With being in Pekin she would be about 20 minutes travel time away. There is no way she could travel much further.

② My future wife, Star Stanton, comes from a low income house hold and would put alot of hardship on her if I was located further away. As of right now she has no car and works 2 part time jobs just to survive.

Thank you for your consideration,
Charles Hewitt

Charles Hewitt
301 maxwell RD
Peoria IL
61604

Urgent
Legal
mail

PEORIA IL 616
24 JAN 2022 PM 2 L
FOREVER / USA
Barn Swallow

Judge Joe Billy McDade
c/o clerks office
100 N.E. Monroe st — Room 309
Federal court building
Peoria IL
61602

61602$1003 0034