Charles Hewitt 18-CR-10059-JBM

**FILED**

MAY 20 2020

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Clerk of the court

    I'm writing to inquire as to the status of my request for a attorney to be appointed to represent me on post conviction motions? Is William Loeffel still assigned to my case? Due to a conflict in the public defenders office I need a panel attorney assigned please. Part of the reason being is I might have to do a 2255, I'm not sure yet.

                          Thank you
                          Charles Hewitt

Charles Hewitt
22622-026
FCI Greenville
P.O. Box 5000
Greenville IL
62246

Charles Hewitt
22672-026
FCI Greenville
P.O. Box 5000
Greenville IL
62246



SAINT LOUIS MO 630

10 MAY 2009 PM 1

Court
Legal
Mail

Federal Building
Room 309
100 N.E. Monroe
Peoria IL
61602

61602-20919